

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2018

No. 04-18-00799-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On October 24, 2018, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than November 15, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 30, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Sid L. Harle presiding.